125 A.3d 772

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Jason KOKINDA, Petitioner.**

**No. 140 MM 2015.**

Supreme Court of Pennsylvania.

Nov. 13, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 13th day of November, 2015, the Application for Leave to File Original Process is **GRANTED,** and the Application for Exercise of King's Bench or Extraordinary Jurisdiction, the Application to Recuse, the Application to Waive Service Requirements, and the Application for Immediate Hearing are **DENIED.**